

$50 FEE PAID
# 118660
FEE NOT PAID
(SEND LETTER)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**ORIGINAL**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL -9  A 9: 45

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Salomon Smith Barney, Inc.   *
         Plaintiff(s)         *
                              *   Case No.: JFM-02-CV-2251
vs.                           *
                              *
Dale A. Waters, Jr.           *
         Defendant(s)

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Joanna R. Onorato__, am a member in good standing of the bar of this Court. My bar number is __014342__. I am moving the admission of __Joseph E. Gehring, Jr.__ to appear *pro hac vice* in this case as counsel for __Plaintiff Salomon Smith Barney, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of New York | January 1995 |
| U.S. District Court for the Southern District of New York | July 1998 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                    Page 1 of 2



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or ___Neil L. Henrichsen___, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Joanna R. Onorato | Joseph E. Gehring, Jr. |
| Printed Name | Printed Name |
| Henrichsen Siegel, PLLC | Kasowitz Benson Torres & Friedman LLP |
| Firm | Firm |
| 1850 M Street, NW Washington, DC 20036 | 1633 Broadway, 21st floor, New York, NY 10019 |
| Address | Address |
| (202) 293-7766 | (212) 506-1712     Prid 241960 |
| Telephone Number | Telephone Number   Plid 95700 |
| (202) 293-7778 | (212) 506-1800 |
| Fax Number | Fax Number |

*****************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

___July 23, 2002___          ___[signature]___
Date                                      United States District Judge