# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 17, 2003

Memo To Counsel Re: Salomon Smith Barney, Inc. v. Dale A. Waters, Jr.
Civil No. JFM-02-2251

Dear Counsel:

Please provide me with a report on the status of this case on or before April 30, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge