IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| SALOMON SMITH BARNEY INC., ) | |
| ) | |
| Plaintiff, ) | Case No. JFM-02-2251 |
| ) | |
| v. ) | |
| ) | |
| DALE A. WATERS, JR., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Salomon Smith Barney, Inc. and the Defendant, Dale A. Waters, Jr., by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate that the above referenced action is hereby DISMISSED WITH PREJUDICE.

Respectfully submitted,

_____
Neil L. Henrichsen, Trial Bar No. 07683
Joanna R. Onorato, Federal Bar No. 014342
Henrichsen Siegel
1850 M Street, N.W., Suite 250
Washington, D.C. 20036
(202) 293-7766
(202) 293-7778 (fax)

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Salomon Smith Barney Inc.


_____ *Thomas Costello* w/ permission by JRO
Thomas Costello, Esq.
West & Moore
909 Washington Ave., Suite 1010
Baltimore, MD 21209

Attorney for Defendant